## 65417. MURFF v. THE STATE.

QUILLIAN, Presiding Judge.

The decision of this Court in *Murff v. State,* 165 Ga. App. 808 (302 SE2d 697), having been reversed by the Supreme Court in *Murff v. State,* 251 Ga. 478 (306 SE2d 267), the opinion by the Supreme Court is made the decision of this Court.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED NOVEMBER 30, 1983.

*William Lewis Spearman*, for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert III, Wendy Shoob, Assistant District Attorneys*, for appellee.